# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA



SUSAN RAE OWENS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

ERICA L. BRACHFELD, A PROFESSIONAL CORPORATION, and ERICA LYNN BRACHFELD

C07 04400 PVT

TO:

Erica L. Brachfeld, APC
c/o Erica L. Brachfeld, Agent for Service of Process
20300 South Vermont Avenue, Suite 120
Torrance, California 90502-1349

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 416
San Jose, CA 95113-2404

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

Aug 27·07

DATE

(BY) DEPUTY CLERK

| | |
|---|---|
| Fred W Schwinn, Bar No: 225575<br>CONSUMER LAW CENTER<br>12 S 1ST ST STE 1014<br>SAN JOSE, CA 95113-2403 | (408) 294-6100 |
| Representing: Plaintiff | File No.none |

United States District Court

Northern District of California

| | |
|---|---|
| Susan Rae Owens<br><br>　　　　Plaintiff/Petitioner<br>vs.<br><br>Erica L. Brachfeld, APC, et al.<br><br>　　　　Defendant/Respondent | Case No: C07-04400-PVT<br><br>Proof of Service of:<br>　Summons, Complaint, Order Setting Initial Case Management Conference, Standing Order Regarding Case Management in Civil Cases, Standing Order for Civil Practice in Cases Assignd for All Purposes to Magistrate Judge, Notice of Assignment of Case to a Uinited States Magistrate<br>Service on:<br>　Erica L. Brachfeld, A Professional Corporation<br><br>Hearing Date:<br>Hearing Time:　　　　　BY FAX<br>Div/Dept: |

PROOF OF SERVICE

FF# 6647389

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Fred W Schwinn, 225575 <br> CONSUMER LAW CENTER <br> 12 S 1ST ST STE 1014 <br> SAN JOSE, CA 95113-2403 <br> TELEPHONE NO.: (408) 294-6100 <br> ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF <br> United States District Court <br> 280 S. First St. #2112 <br> San Jose, CA 95113-3008 | |
| PLAINTIFF/PETITIONER: Susan Rae Owens <br> DEFENDANT/RESPONDENT: Erica L. Brachfeld, APC, et al. | CASE NUMBER: <br> C07-04400-PVT |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> none |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Complaint, Order Setting Initial Case Management Conference, Standing Order Regarding Case Management in Civil Cases, Standing Order for Civil Practice in Cases Assignd for All Purposes to Magistrate Judge, Notice of Assignment of Case to a United States Magistrate Judge, Consent to Proceed Before a United States Magistrate Judge, Declination to Proceed Before a Magistrate Judge, ECF Registration Information

3. a. Party served: Erica L. Brachfeld, A Professional Corporation

   b. Person Served: — R. LAUZON (M/Cauc/190-210lbs/5'5"-6'/35-45yo) — PERSON IN CHARGE OF OFFICE

4. Address where the party was served: 20300 South Vermont Avenue Suite 120 Torrance, CA 90502

5. I served the party
   b. **by substituted service.** On (date): September 4, 2007 at (time): 11:03 am I left the documents listed in item 2 with or in the presence of: R. LAUZON (M/Cauc/190-210lbs/5'5"
      (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:
   Erica L. Brachfeld, A Professional Corporation
   under:      CCP 416.10 (corporation)

BY FAX

7. Person who served papers
   a. Name:      Hector A. Flores
   b. Address:   One Legal, Inc. - 132-Marin
                 504 Redwood Blvd #223
                 Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 68.50
   e. I am:
      (3) registered California process server.
          (i) Employee or independent contractor.
          (ii) Registration No.: 3863
          (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: September 10, 2007

Hector A. Flores
*(NAME OF PERSON WHO SERVED PAPERS)*                                         *(SIGNATURE)*

Form Adopted for Mandatory Use <br> Judicial Council of California POS-010 <br> [Rev. July 1, 2004]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6647389

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Fred W Schwinn, 225575<br>CONSUMER LAW CENTER<br>12 S 1ST ST STE 1014<br>SAN JOSE, CA  95113-2403<br>ATTORNEY FOR (Name):  Plaintiff | (408) 294-6100<br><br>Ref. No. or File No.<br>none | |
| Insert name of court, judicial district or branch court, if any:<br><br>United States District Court<br>280 S. First St. #2112<br>San Jose, CA  95113-3008 | | |
| PLAINTIFF:<br><br>Susan Rae Owens | | |
| DEFENDANT:<br><br>Erica L. Brachfeld, APC, et al. | | |
| **PROOF OF SERVICE BY MAIL** | | CASE NUMBER:<br>C07-04400-PVT |

I am a citizen of the United States, over the age of 18 and not a party to the within action.  My business address is 504 Redwood Blvd #223, Novato, CA  94947.

On September 10, 2007, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

Summons, Complaint, Order Setting Initial Case Management Conference, Standing Order Regarding Case Management in Civil Cases, Standing Order for Civil Practice in Cases Assignd for All Purposes to Magistrate Judge, Notice of Assignment of Case to a United States Magistrate Judge, Consent to Proceed Before a United States Magistrate Judge, Declination to Proceed Before a Magistrate Judge, ECF Registration Information Handout, ADR Package

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at , California, addressed as follows:

Erica L. Brachfeld, A Professional Corporation
20300 South Vermont Avenue, 120
Torrance, CA  90502

BY FAX

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

$ 68.50

Anthony Espinosa
One Legal, Inc.
504 Redwood Blvd #223
Novato, CA  94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on September 10, 2007 at Los Angeles, California.

_____
Anthony Espinosa

FF# 6647389

# ONE LEGAL, INC.
## CONFIRMATION For **Service of Process**



Date: 9/10/2007

| ONE LEGAL, INC. CONFIRMATION FOR ORDER NO: 6647389 | |
|---|---|
| Customer: CONSUMER LAW CENTER<br>Customer No. 0055054<br>Address: 12 S 1ST ST STE 1014<br>SAN JOSE, CA  95113-2403 | Attorney: Fred W Schwinn<br>Attorney e-mail: fred.schwinn@sjconsumerlaw.com<br>Contact: Fred W Schwinn<br>Contact e-mail: fred.schwinn@sjconsumerlaw.com<br>Contact Phone: (408) 294-6100 Ext 111<br>Contact Fax: (408) 294-6190<br>Law Firm File Number: none |

**Case Information:**

Case Number: C07-04400-PVT
County: SANTA CLARA
Court: Northern District of California
Case Short Title: Susan Rae Owens vs. Erica L. Brachfeld, APC, et al.

**Documents Received:**   No. Docs: 11   No. Pgs: 58

Summons, Complaint, Order Setting Initial Case Management Conference, Standing Order Regarding Case Management in Civil Cases, Standing Order for Civil Practice in Cases Assignd for All Purposes to Magistrate Judge, Notice of Assignment of Case to a Uinited States Magistrate Judge, Consent to Proceed Before a United States Magistrate Judge, Declination to Proceed Before a Magistrate Judge, ECF Registration Information Handout, ADR Package

Party to Serve: Erica L. Brachfeld, A Professional Corporation
Service address: 20300 South Vermont Avenue Suite 120

**This is a Confirmation Only. Not an Invoice!**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | Standard<br>Declaration of Diligence<br>Copies | 44.00<br>10.00<br>14.50 |
| | Check No. | Total: 68.50 |

Attached is your proof of service that is ready for filing in accordance with CRC2005. If you have any questions, you encounter any problems filing this document or would like One Legal to file the proof of service for you, please contact:
SOP Southern Branch, Ph: 213-617-1212, Fx: 213-617-4717
Thank you for choosing One Legal for your process serving needs.