1 Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
2 12 South First Street, Suite 1014
San Jose, California 95113-2403
3 Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
4 Email Address: fred.schwinn@sjconsumerlaw.com

5 Attorney for Plaintiff
SUSAN RAE OWENS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| SUSAN RAE OWENS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ERICA L. BRACHFELD, A PROFESSIONAL CORPORATION, D/B/A BRACHFELD & ASSOCIATES, P.C., D/B/A LAW OFFICES OF BRACHFELD & ASSOCIATES, P.C., a California corporation, and ERICA LYNN BRACHFELD, individually and in her official capacity,<br><br>　　　　　　Defendants. | Case No. C07-04400-PVT<br><br>**DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

　　　The undersigned party declines to consent to the assignment of this case to a United States Magistrate Judge for trial or disposition and hereby requests the reassignment of this case to a United States District Judge.

　　　　　　　　　　　　　　　　　　　　　　　CONSUMER LAW CENTER, INC.


Dated: October 4, 2007　　　　　　　　　　By: /s/ Fred W. Schwinn
　　　　　　　　　　　　　　　　　　　　　　　　　Fred W. Schwinn, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN RAE OWENS

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE　　　Case No. C07-04400-PVT