UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113
————————
www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
408.535.5364

October 5, 2007

**CASE NUMBER:  CV 07-04400 JF**
**CASE TITLE: Susan Rae Owens-v-Erica L. Brachfeld, et al.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case assigned to the **Honorable Jeremy Fogel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 10/04/07

FOR THE EXECUTIVE COMMITTEE:

_____  
Richard W. Wieking  
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects  
Log Book Noted                          Entered in Computer 10/05/07

CASE SYSTEMS ADMINISTRATOR:  
Copies to:  All Counsel                 Transferor CSA