Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2403
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
SUSAN RAE OWENS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SUSAN RAE OWENS,<br><br>Plaintiff,<br><br>v.<br><br>ERICA L. BRACHFELD, A PROFESSIONAL CORPORATION, D/B/A BRACHFELD & ASSOCIATES, P.C., D/B/A LAW OFFICES OF BRACHFELD & ASSOCIATES, P.C., a California corporation, and ERICA LYNN BRACHFELD, individually and in her official capacity,<br><br>Defendants. | Case No. C07-04400-JF-PVT<br><br>**NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** |

**COMES NOW** the Plaintiff, SUSAN RAE OWENS, by and through counsel, Fred W. Schwinn of the Consumer Law Center, Inc., and hereby notifies the Court that on the 27th day of November, 2007, a true and accurate copy of the <u>Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)</u> and a copy of this notice were deposited in the United States mail, postage prepaid, addressed to the following:

    Erica L. Brachfeld
    Erica L. Brachfeld, A.P.C.
    20300 South Vermont Avenue, Suite 120
    Torrance, CA 90502-1338
        Attorney for Defendants

/ / /

/ / /

Dated: November 27, 2007                    By: /s/ Fred W. Schwinn
                                                                      Fred W. Schwinn, Esq.
                                                                      Attorney for Plaintiff
                                                                      SUSAN RAE OWENS