UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, December 7, 2007
**Case Number:** CV-07-4400-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | SUSAN RAE OWENS  V.  ERICA BRACHFELD, ET AL | |
|---|---|---|
| | PLAINTIFF | DEFENDANT |

**Attorneys Present:** Fred Schwinn          **Attorneys Present:** Gary Sullivan

PROCEEDINGS:

Case management conference held. Parties are present. Continued to 1/18/08 at 10:30 a.m. for further case management conference.