# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Owens, | 07-04400 JF MED |
|         Plaintiff(s), | **Notice of Appointment of Mediator** |
|   v. | |
| Brachfeld, | |
|         Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Teresa V. Carey**
> Professional Mediation Associates
> 700 Larkspur Circle, Suite 199
> Larkspur, CA 94939
> 415-454-4478

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.
3
4  Dated: December 26, 2007

        RICHARD W. WIEKING
        Clerk
        by:    Claudia M. Forehand



        ADR Case Administrator
        415-522-2059
        Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-04400 JF MED        - 2 -