1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   SUSAN RAE OWENS
6

7

8               **IN THE UNITED STATES DISTRICT COURT**
              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9                        **SAN JOSE DIVISION**

10  SUSAN RAE OWENS,                          Case No.  07-04400-JF-PVT

11                          Plaintiff,        **NOTICE OF MOTION AND**
                                              **MOTION FOR SUMMARY**
12  v.                                        **JUDGMENT, OR IN THE**
                                              **ALTERNATIVE, PARTIAL**
13  ERICA L. BRACHFELD, A                     **SUMMARY ADJUDICATION**
    PROFESSIONAL CORPORATION, D/B/A
14  BRACHFELD & ASSOCIATES, P.C.,             [Fed. R. Civ. P. 56]
    D/B/A LAW OFFICES OF BRACHFELD &
15  ASSOCIATES, P.C., a California            Date:      February 1, 2008
    corporation, and ERICA LYNN              Time:      9:00 a.m.
16  BRACHFELD, individually and in her       Judge:     Honorable Jeremy Fogel
    official capacity,                        Courtroom: 3, 5th Floor
17                                            Place:     280 South First Street
                            Defendants.                  San Jose, California
18

19  TO:  ALL DEFENDANTS AND THEIR COUNSEL OF RECORD:

20          PLEASE TAKE NOTICE that on February 1, 2008, at 9:00 a.m., or as soon thereafter as this

21  matter may be heard, in Courtroom 3 of the United States District Court, located at 280 South First

22  Street, San Jose, California, before the Honorable Jeremy Fogel, United States District Judge,

23  Plaintiff, SUSAN RAE OWENS ("Movant"), will move the Court for an Order granting the Movant

24  summary judgment: (1) declaring that Defendants' collection letter (Exhibit "1") violates the Fair

25  Debt Collection Practices Act,  15 U.S.C. §§ 1692c(b), 1692d, 1692d(3), 1692e(14), and 1692f;  (2)

26  declaring that the envelope Defendants' mailed the collection letter in (Exhibit "2") violates the Fair

27  Debt Collection Practices Act, 15 U.S.C. § 1692e(14);  (3) declaring that Defendants' collection

28  letter (Exhibit "1") violates the Rosenthal Fair Debt Collection Practices Act, Cal. Civil Code §§

                                        -1-

1788.13(a) and 1788.17;  (4) declaring that the envelope Defendants' mailed the collection letter in (Exhibit "2") violates the Rosenthal Fair Debt Collection Practices Act, Cal. Civil Code §§ 1788.12(c), 1788.12(d), 1788.13(a), and 1788.17;  (5) awarding Plaintiff statutory damages in an amount not exceeding $1,000 pursuant to 15 U.S.C. § 1692k(a)(2)(A);  (6) awarding Plaintiff statutory damages in an amount not less than $100 nor greater than $1,000 pursuant to Cal. Civil Code § 1788.30(b);  (7) awarding Plaintiff statutory damages in an amount not exceeding $1,000 pursuant to 15 U.S.C. § 1692k(a)(2)(A), as incorporated by Cal. Civil Code § 1788.17;  (8) awarding Plaintiff the costs of this action and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3) and Cal. Civil Code §§ 1788.30(c) and 1788.17; and (9) awarding Plaintiff such other and further relief as may be just and proper.

In the alternative, Plaintiff will move the Court for an Order granting the Movant partial summary adjudication pursuant to Fed. R. Civ. P. 56(d) on the following factual issues: (1) Plaintiff is a "consumer" as that term is defined by 15 U.S.C. § 1692(a)(3) and a "debtor" as that term is defined by Cal. Civil Code § 1788.2(h);  (2) Defendants are each a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6);  (3) Defendant, B&A, is a "debt collector" as that term is defined by Cal. Civil Code § 1788.2(c);  and (4) the debt being collected by Defendants was a "debt" as that term is defined by 15 U.S.C. § 1692a(5) and a "consumer debt" as that term is defined by Cal. Civil Code § 1788.2(f).

This motion is made pursuant to Fed. R. Civ. P. 56 and Civil L.R. 56-1 on the grounds that Plaintiff is entitled to summary judgment, or in the alternative, partial summary adjudication as a matter of law.

This motion is based on this <u>Notice of Motion and Motion for Summary Judgment, or in the Alternative, Partial Summary Adjudication</u>, the <u>Declaration of Susan Rae Owens in Support of Motion for Summary Judgment</u>, the <u>Declaration of Fred W. Schwinn in Support of Motion for Summary Judgment</u>, the <u>Memorandum of Points and Authorities in Support of Motion for Summary Judgment, or in the Alternative, Partial Summary Adjudication</u> filed herewith, and such other evidence, argument, and authorities which may be presented at or prior to the hearing before this Court on this Motion, and such other and further matters of which this Court may take judicial

-2-

1    notice.

2        Please govern yourself accordingly.

3                                            CONSUMER LAW CENTER, INC.

4

5    Dated:  December 28, 2007                By: /s/ Fred W. Schwinn
6                                                 Fred W. Schwinn, Esq.
                                                  Attorney for Plaintiff
7                                                 SUSAN RAE OWENS

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT            Case No.  07-04400-JF-PVT