Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
SUSAN RAE OWENS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SUSAN RAE OWENS,<br><br>                  Plaintiff,<br><br>v.<br><br>ERICA L. BRACHFELD, A PROFESSIONAL CORPORATION, D/B/A BRACHFELD & ASSOCIATES, P.C., D/B/A LAW OFFICES OF BRACHFELD & ASSOCIATES, P.C., a California corporation, and ERICA LYNN BRACHFELD, individually and in her official capacity,<br><br>                  Defendants. | Case No. 07-04400-JF-PVT<br><br>**DECLARATION OF SUSAN RAE OWENS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>[Fed. R. Civ. P. 56(e)] |

SUSAN RAE OWENS, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct:

      1.    I am the Plaintiff in this case, and I have personal knowledge of the matters stated in this declaration.

      2.    This declaration is being submitted in support of a Motion for Summary Judgment against Defendants, Erica L. Brachfeld, A Professional Corporation, and Erica Lynn Brachfeld (hereinafter "Defendants").

      3.    I am a resident of Santa Clara County.

      4.    On a date or dates unknown to me, I incurred a financial obligation, namely a consumer credit card account issued by Capital One Bank (hereinafter "the debt"). The debt was

- 1 -

incurred primarily for personal, family or household purposes.

5. I am informed and I believe that on a date unknown to me, the debt was sold, assigned or otherwise transferred to NCO Financial Systems, Inc.

6. Thereafter, on a date unknown to me, the debt was sold, assigned or otherwise transferred to Defendants for collection.

7. Thereafter, Defendants sent a collection letter to me attempting to collect the debt.

8. A true and accurate copy of the collection letter that I received from Defendants is attached hereto, marked Exhibit "1," and by this reference is incorporated herein.

9. The collection letter is dated September 18, 2006.

10. The collection letter was sent in an envelope which contained a window through which information printed on the collection letter could be seen by anyone who handled the collection letter. This was very upsetting to me because my roommates were able to see that I had received a debt collection letter from my personal financial information that showed in the window envelope.

11. A true and accurate copy of the envelope in which I received Defendants collection letter (Exhibit "1") is attached hereto, marked Exhibit "2," and by this reference is incorporated herein.

12. The collection letter (Exhibit "1") stated that the name of Defendants' business, company or organization is "Law Offices of Brachfeld & Associates, P.C."

13. The collection letter (Exhibit "1") and collection envelope (Exhibit "2") stated that the name of Defendants' business, company or organization is "Brachfeld & Associates, P.C."

14. I have learned through my counsel that neither "Law Offices of Brachfeld & Associates, P.C." or "Brachfeld & Associates, P.C." is the true legal name of a company authorized to do business in the state of California.

Executed on December 28, 2007, at San Jose, California.

_____
Susan Rae Owens

- 2 -