

**BRACHFELD & ASSOCIATES, PC**
20300 South Vermont Avenue, Suite 120
Torrance, California 90502

ADDRESS CORRECTION REQUESTED

SUSAN R OWENS
2771 PLUMAS DR
SAN JOSE CA 95121-2375

RE: CAPITAL ONE BANK
File #: NC006680

02 1P
0002358342
MAILED FROM ZIP CODE 90502
UNITED STATES POSTAGE
$00.39

**EXHIBIT 2**

100002