

# California Business Portal

Secretary of State DEBRA BOWEN

| SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES |

**Business Search Corporations**

- **New Search**
- **Search Tips**
- **Field Definitions**
- **Status Definitions**
- **Name Availability**
- **Corporate Records**
- **Business Entities Records Order Form**
  - **Certificates**
  - **Copies**
  - **Status Reports**
- **FAQs**
- **Corporations Main Page**
- **Site Search**

## Corporations

The information displayed here is current as of "AUG 17, 2007" and is updated weekly. It is not a complete or certified record of the Corporation.

For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**. If you are unable to locate a record, you may request a more extensive search by ordering a status report. Fees and instructions for ordering a status report are included on the **Business Entities Records Order Form**. Certificates and/or certified copies can also be requested using the order form.

**No results matched the search term : "law offices of brachfeld & associates pc"**

**Need help with your search?**

Copyright ©2001 California Secretary of State. **Privacy Statement**.

EXHIBIT
4

100008