

The information displayed here is current as of "AUG 17, 2007" and is updated weekly. It is not a complete or certified record of the Corporation.

For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**. If you are unable to locate a record, you may request a more extensive search by ordering a status report. Fees and instructions for ordering a status report are included on the **Business Entities Records Order Form**. Certificates and/or certified copies can also be requested using the order form.

**No results matched the search term : "law offices of brachfeld & associates"**

**Need help with your search?**

Copyright ©2001 California Secretary of State. **Privacy Statement**.

EXHIBIT 5

100007