

# FICTITIOUS BUSINESS NAME SEARCH RESULTS

**SEARCH NAME:** *LAW OFFICES OF BRACHFELD AND ASSOCIATES PC*
** NAME NOT FOUND

| FICTITIOUS BUSINESS NAME | DOCUMENT NO. | DATE FILED |
|---|---|---|

[ DOWNLOAD PDF APPLICATION ] [ NEW SEARCH ]

top • www.lavote.net • about us • contact us
Copyright © 2006 Los Angeles County Registrar-Recorder/County Clerk

EXHIBIT
6

100008