

# FICTITIOUS BUSINESS NAME SEARCH RESULTS

**SEARCH NAME:** *BRACHFELD AND ASSOCIATES PC*
**\*\* NAME NOT FOUND**

| FICTITIOUS BUSINESS NAME | DOCUMENT NO. | DATE FILED |
|---|---|---|
| | | |

[ DOWNLOAD PDF APPLICATION ] [ NEW SEARCH ]

top • www.lavote.net • about us • contact us
Copyright © 2006 Los Angeles County Registrar-Recorder/County Clerk

**EXHIBIT 8**

100009