# California Business Portal

Secretary of State DEBRA BOWEN

| SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES |

**Business Search Corporations**

- New Search
- Search Tips
- Field Definitions
- Status Definitions
- Name Availability
- Corporate Records
- Business Entities Records Order Form
  - Certificates
  - Copies
  - Status Reports
- FAQs
- Corporations Main Page
- Site Search

## Corporations

The information displayed here is current as of "AUG 17, 2007" and is updated weekly. It is not a complete or certified record of the Corporation.

For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**. If you are unable to locate a record, you may request a more extensive search by ordering a status report. Fees and instructions for ordering a status report are included on the **Business Entities Records Order Form**. Certificates and/or certified copies can also be requested using the order form.

Results of search for " **brachfeld** "

*Click on the name of the corporation for additional information.*

| Corp Number | Date Filed | Status | Corporation Name | Agent for Service of Process |
|---|---|---|---|---|
| C2685734 | 8/19/2004 | active | **ERICA L. BRACHFELD, A PROFESSIONAL CORPORATION** | ERICA BRACHFELD |

Copyright ©2001 California Secretary of State. **Privacy Statement.**

EXHIBIT 9

100003

# California Business Portal

Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of AUG 17, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |||
|---|---|---|
| ERICA L. BRACHFELD, A PROFESSIONAL CORPORATION |||
| **Number:** C2685734 | **Date Filed:** 8/19/2004 | **Status:** active |
| **Jurisdiction:** California |||
| Address |||
| 20300 S. VERMONT AVE, STE 120 |||
| TORRANCE, CA 90502 |||
| Agent for Service of Process |||
| ERICA BRACHFELD |||
| 20300 S. VERMONT AVE STE 120 |||
| TORRANCE, CA 90502 |||

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

100004