Brachfeld & Associates - A Collection Law Firm. Your concern is our concern. Page 1 of 1

Case 5:07-cv-04400-JF   Document 17-16   Filed 12/28/2007   Page 1 of 1





Your concern is our concern

## About Us

### Our Mission
Brachfeld & Associates is a Creditor's Rights Law Firm founded in 1981. The Firm's mission is to "Recover Revenue Rapidly". The Firm specializes in subrogation, commercial and consumer collections.

### Our Process
When B&A calls, the debtor listens! When a debtor receives a call from our Law Office giving them the legal alternatives should they not pay their debt, they have no alternative but to pay up, or expend their own time and money to defend themselves. Our legal staff will remind the debtor of the ramifications a lawsuit may involve, such as, depositions, liens, writs of execution and the waste of time and money spent on their attorney's hourly billings. They are better off to pay you what is owed.

### Our Staff
Legal Collections is our primary business, therefore our only interest is to recover payment in an expeditious and amicable manner. To achieve this result, we are equipped with a legal staff who get results through personal contact with the debtor, and through state-of-the-art computerized systems. Our fee is based solely on results, not on the amount of time spent working on your account, nor on prolonged negotiations and mediation.

Our legal staff has the experience and knowledge to determine which procedure will facilitate the best results. Moreover, our experience serves to avoid situations that will increase debtor resistance.

Our Legal Staff has practical experience in the following areas:

- Subrogation
- Consumer Finance/NSF Checks/DDA Accounts
- Credit Card Portfolios
- Commercial and Industrial Collections
- Media/Advertising
- Medical Collections for Facilities and Providers
- Commercial and Home/Auto Insurance
- Consumer/Retail industries

### Meet Erica L. Brachfeld, ESQ.
Mrs. Brachfeld, Principal of B&A, has over ten years of experience in the areas of Creditor's Rights and Debt Collections. She has extensive experience in negotiations and litigation enabling her to achieve optimal results for her clients.

Mrs. Brachfeld received her J.D. degree, with Distinction, from University of the Pacific, McGeorge School of Law in 1995. She is admitted to the State Bar of California, and the Eastern District, Central District, Southern and Northern District of Federal Court and the 9th Circuit. She received her BA from the University of California at Santa Barbara. Contact Mrs. Brachfeld at
ebrachfeld@brachfeldcollections.com.



home | services | rates | forms & contracts | newsletters | about us | contact us



EXHIBIT 12