1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   SUSAN RAE OWENS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| SUSAN RAE OWENS,<br><br>  Plaintiff,<br><br>v.<br><br>ERICA L. BRACHFELD, A PROFESSIONAL CORPORATION, D/B/A BRACHFELD & ASSOCIATES, P.C., D/B/A LAW OFFICES OF BRACHFELD & ASSOCIATES, P.C., a California corporation, and ERICA LYNN BRACHFELD, individually and in her official capacity,<br><br>  Defendants. | Case No. 07-04400-JF-PVT<br><br>**CERTIFICATE OF SERVICE BY MAIL** |

STATE OF CALIFORNIA    )
                       ) ss:
COUNTY OF SANTA CLARA  )

  I am employed in the County of Santa Clara, California. I am over the age of eighteen years and not a party to the within entitled cause. My business address is 12 South First Street, Suite 1014, San Jose, California 95113-2418. On December 28, 2007, I served the following:

  1. NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY ADJUDICATION

  2. DECLARATION OF SUSAN RAE OWENS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

  3. DECLARATION OF FRED W. SCHWINN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

-1-

CERTIFICATE OF SERVICE BY MAIL                                         Case No. 07-04400-JF-PVT

4.     **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY ADJUDICATION**

on the interested parties in said cause, by placing a true and correct copy thereof in a sealed envelope with postage fully prepaid thereon and depositing it in the United States mail at San Jose, California addressed as follows:

**CHAMBERS COPY:**
The Honorable Jeremy Fogel
United States District Court
280 South First Street, #2112
San Jose, CA 95113-3008

**ATTORNEY FOR DEFENDANTS:**
Erica L. Brachfeld
Brachfeld & Associates, P.C.
20300 S. Vermont Avenue, Suite 120
Torrance, CA 90502-1338

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Jose, California on December 28, 2007.

                                                                   /s/ Fred W. Schwinn

CERTIFICATE OF SERVICE BY MAIL      Case No. 07-04400-JF-PVT