UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5™ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, February 1, 2008
**Case Number:** CV-07-4400-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:            SUSAN RAE OWENS  V.  ERICA BRACHFELD, ET AL

                  PLAINTIFF                         DEFENDANT

Attorneys Present: Frederick Schwinn         Attorneys Present:

PROCEEDINGS:
   Hearing on Motion for Summary Judgment held.  Counsel for plaintiff is present. The motion is granted.  The Court shall issue a written order.  The case management conference is vacated.