**E-Filed 8/19/2008**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SUSAN RAE OWENS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ERICA L. BRACHFELD, a professional corporation d/b/a BRACHFELD & ASSOCIATES. P.C., a California corporation and ERICA LYNN BRACHFELD, individually and in her official capacity,<br><br>　　　　　　　Defendant. | Case Number C07-4400<br><br>JUDGMENT |

The parties' arguments having been considered and a decision having been rendered, IT IS HEREBY ORDERED that judgment be entered for Defendant and against Plaintiff and that the Clerk of the Court close the file.

DATED: August 19, 2008

_____
JEREMY FOGEL
United States District Judge

Case No. C 07-4400
JUDGMENT
(JFLC1)