IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSAN RAE OWENS,<br><br>Plaintiff,<br><br>v.<br><br>ERICA L. BRACHFELD,<br><br>Defendant. | Case No. C-07-4400-JF<br><br>AMENDED JUDGMENT |

The parties' arguments having been considered and a decision having been rendered, IT IS HEREBY ORDERED that judgment be entered for Plaintiff and against Defendant and that Clerk of the Court close the file.

DATED: 8/22/08

_____
JEREMY FOGEL
United States District Judge

JUDGMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JUDGMENT