✎AO 133      (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

SUSAN RAE OWENS

**BILL OF COSTS**

V.

ERICA L. BRACHFELD, A PROFESSIONAL
CORPORATION, et al.

Case Number: C07-04400-JF-PVT

Judgment having been entered in the above entitled action on ___August 22, 2008___ against ___Defendants___ ,

Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 350.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 108.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses (itemize on reverse side) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL | $ 458.00 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Erica L. Brachfeld, 20300 South Vermont Avenue, Suite 120, Torrance, CA 90502-1338

Signature of Attorney: _____

Name of Attorney: Fred W. Schwinn

For: SUSAN RAE OWENS                                      Date: August 29, 2008

Name of Claiming Party

Costs are taxed in the amount of  $ _____    and included in the judgment.

RICHARD W. WIEKING                    By: _____      _____

Clerk of Court                                          Deputy Clerk                                      Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| ` | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611001591
Cashier ID: morriss
Transaction Date: 08/27/2007
Payer Name: Consumer Law Center, Inc.
------------------------------------
CIVIL FILING FEE
  For: Consumer Law Center, Inc.
  Case/Party: D-CAN-5-07-CV-004400-001
  Amount:        $350.00
------------------------------------
CHECK
  Check/Money Order Num: 11216
  Amt Tendered: $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:      $0.00

07-4400-PVT


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

# ONE LEGAL, INC.



CONFIRMATION For **Service of Process**

Date: 9/10/2007

---

**ONE LEGAL, INC. CONFIRMATION FOR ORDER NO: 6647389**

| | | |
|---|---|---|
| Customer | CONSUMER LAW CENTER | Attorney **Fred W Schwinn** |
| Customer No. | 0055054 | Attorney e-mail **fred.schwinn@sjconsumerlaw.com** |
| Address | 12 S 1ST ST STE 1014 | Contact **Fred W Schwinn** |
| | SAN JOSE, CA 95113-2403 | Contact e-mail **fred.schwinn@sjconsumerlaw.com** |
| | | Contact Phone **(408) 294-6100 Ext 111** |
| | | Contact Fax **(408) 294-6190** |
| | | Law Firm File Number **none** |

---

**Case Information:**

Case Number **C07-04400-PVT**
County **SANTA CLARA**
Court **Northern District of California**
Case Short Title **Susan Rae Owens vs. Erica L. Brachfeld, APC, et al.**

---

| Documents Received: | No. Docs: 11   No. Pgs: 58 |
|---|---|

Summons, Complaint, Order Setting Initial Case Management Conference, Standing Order Regarding Case Management in Civil Cases, Standing Order for Civil Practice in Cases Assignd for All Purposes to Magistrate Judge, Notice of Assignment of Case to a United States Magistrate Judge, Consent to Proceed Before a United States Magistrate Judge, Declination to Proceed Before a Magistrate Judge, ECF Registration Information Handout, ADR Package

Party to Serve: Erica L. Brachfeld, A Professional Corporation

Service address: 20300 South Vermont Avenue Suite 120

---

### This is a Confirmation Only. Not an Invoice!

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | Standard | 44.00 |
| | Declaration of Diligence | 10.00 |
| | Copies | 14.50 |
| | | |
| | Check No. | Total:  68.50 |

Attached is your proof of service that is ready for filing in accordance with CRC2005. If you have any questions, you encounter any problems filing this document or would like One Legal to file the proof of service for you, please contact:
SOP Southern Branch, Ph: 213-617-1212, Fx: 213-617-4717
Thank you for choosing One Legal for your process serving needs.

# ONE LEGAL, INC.



CONFIRMATION For **Service of Process**

Date: 9/10/2007

| ONE LEGAL, INC. CONFIRMATION FOR ORDER NO: 6647390 |
|---|

| | | | |
|---|---|---|---|
| Customer | CONSUMER LAW CENTER | Attorney | Fred W Schwinn |
| Customer No. | 0055054 | Attorney e-mail | fred.schwinn@sjconsumerlaw.com |
| Address | 12 S 1ST ST STE 1014 | Contact | Fred W Schwinn |
| | SAN JOSE, CA 95113-2403 | Contact e-mail | fred.schwinn@sjconsumerlaw.com |
| | | Contact Phone | (408) 294-6100 Ext 111 |
| | | Contact Fax | (408) 294-6190 |
| | | Law Firm File Number | none |

**Case Information:**

| | |
|---|---|
| Case Number | C07-04400-PVT |
| County | SANTA CLARA |
| Court | Northern District of California |
| Case Short Title | Susan Rae Owens vs. Erica L. Brachfeld, APC, et al. |

| Documents Received: | No. Docs: 11   No. Pgs: 58 |
|---|---|

Summons, Complaint, Order Setting Initial Case Management Conference, Standing Order Regarding Case Management in Civil Cases, Standing Order for Civil Practice in Cases Assignd for All Purposes to Magistrate Judge, Notice of Assignment of Case to a Uinited States Magistrate Judge, Consent to Proceed Before a United States Magistrate Judge, Declination to Proceed Before a Magistrate Judge, ECF Registration Information Handout, ADR Package

Party to Serve: Erica Lynn Brachfeld          Service address: 20300 South Vermont Avenue
                                               Suite 120

## This is a Confirmation Only.  Not an Invoice!

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | Additional Entities | 15.00 |
| | Declaration of Diligence | 10.00 |
| | Copies | 14.50 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Check No. | Total: 39.50 |

Attached is your proof of service that is ready for filing in accordance with CRC2005. If you have any questions, you encounter any problems filing this document or would like One Legal to file the proof of service for you, please contact:
SOP Southern Branch, Ph: 213-617-1212, Fx: 213-617-4717
Thank you for choosing One Legal for your process serving needs.