1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   SUSAN RAE OWENS

6

7

8             **IN THE UNITED STATES DISTRICT COURT**
              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9                        **SAN JOSE DIVISION**

| | |
|---|---|
| SUSAN RAE OWENS, | Case No.  C07-04400-JF-PVT |
| Plaintiff, | **MOTION FOR ATTORNEY FEES AND COSTS** |
| v. | |
| ERICA L. BRACHFELD, A PROFESSIONAL CORPORATION, D/B/A BRACHFELD & ASSOCIATES, P.C., D/B/A LAW OFFICES OF BRACHFELD & ASSOCIATES, P.C., a California corporation, and ERICA LYNN BRACHFELD, individually and in her official capacity, | Hearing Judge:  Honorable Jeremy Fogel<br>Hearing Date:  October 3, 2008<br>Hearing Time:  9:00 a.m.<br>Courtroom:  3, 5th Floor<br>Place:  280 South First Street<br>San Jose, California |
| Defendants. | |

   COMES NOW the Plaintiff, SUSAN RAE OWENS, by and through counsel Fred W. Schwinn of the Consumer Law Center, Inc., and hereby moves this Honorable Court for an award of reasonable attorney fees and costs pursuant to the Amended Judgment (Doc. 23) entered in this case.  In support of her Motion, Plaintiff states the following:

   1.   Plaintiff herein was represented by Fred W. Schwinn of the Consumer Law Center, Inc.

   2.   On or about August 22, 2008, this Court entered an Amended Judgment in favor of Plaintiff in this case.  The Judgment awarded Plaintiff the amount of $2,100 plus reasonable attorney fees and costs incurred in representing Plaintiff in this matter.

-1-

3. Plaintiff's attorney, Fred W. Schwinn and his staff at the Consumer Law Center, Inc., have expended 25.9 hours on behalf of Plaintiff in this matter. An itemized accounting of the time spent is attached to the Declaration of Fred W. Schwinn in Support of Motion for Award of Attorney Fees which is being filed herewith.

4. The prevailing market rate for the time and quality of services provided by Fred W. Schwinn of the Consumer Law Center, Inc., is $325.00 per hour.

5. The prevailing market rate for the time and quality of services provided by Jovanna R. Longo of the Consumer Law Center, Inc., is $125.00 per hour.

6. For the time spent representing Plaintiff in this matter, the Consumer Law Center, Inc., requests attorney fees in the amount of $$7,057.50, non-taxable costs and expenses in the amount of $41.28 and taxable costs in the amount of $458.00.

7. Plaintiff further refers the Court to her Memorandum in Support filed simultaneously herewith.

WHEREFORE, Plaintiff requests this Honorable Court award attorney fees to Plaintiff in the amount of $7,057.50, reasonable non-taxable costs in the amount of $41.28 in addition to taxable costs in the amount of $458.00.

Dated: August 29, 2008                    CONSUMER LAW CENTER, INC.

By: /s/ Fred W. Schwinn
    Fred W. Schwinn, Esq.
    Attorney for Plaintiff
    SUSAN RAE OWENS