1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   SUSAN RAE OWENS

6

7

8               IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                      SAN JOSE DIVISION

10 SUSAN RAE OWENS,                    Case No. C07-04400-JF-PVT

11                    Plaintiff,       DECLARATION OF FRED W.
                                       SCHWINN IN SUPPORT OF AWARD
12 v.                                  OF ATTORNEY FEES AND COSTS

13 ERICA L. BRACHFELD, A PROFESSIONAL
   CORPORATION, D/B/A BRACHFELD &      Hearing Judge:    Honorable Jeremy
14 ASSOCIATES, P.C., D/B/A LAW OFFICES                   Fogel
   OF BRACHFELD & ASSOCIATES, P.C., a  Hearing Date:     October 3, 2008
15 California corporation, and ERICA LYNN Hearing Time:   9:00 a.m.
   BRACHFELD, individually and in her official Courtroom: 3, 5th Floor
16 capacity,                           Place:            280 South First
                                                         Street
17                    Defendants.                        San Jose, California

18

19         I, Fred W. Schwinn, declare under penalty of perjury, under the laws of the United States,

20 28 U.S.C. § 1746, that the following statements are true:

21         1.      I am counsel for the Plaintiff in the above captioned case.

22         2.      I am a member in good standing of the bars of the following courts:

23 Supreme Court of the United States
   Washington, DC
24 2003

25 Supreme Court of California
   Sacramento, California
26 2003

27 Supreme Court of Kansas
   Topeka, Kansas
28 1997

                                   -1-
   DECLARATION OF FRED W. SCHWINN              Case No. C07-04400-JF-PVT

1   U.S. Court of Appeals for the Tenth Circuit
    Denver, Colorado
2   1999

3   U.S. Court of Appeals for the Ninth Circuit
    San Francisco, California
4   2003

5   U.S. District Court for the District of Kansas
    Topeka, Kansas
6   1997

7   U.S. District Court for the Western District of Missouri
    Jefferson City, Missouri
8   2001

9   U.S. District Court for the Northern District of California
    San Francisco, California
10  2003

11  U.S. District Court for the Eastern District of California
    Sacramento, California
12  2003

13  U.S. District Court for the Central District of California
    Los Angeles, California
14  2003

15          3.      I am a 1994 graduate of Washburn University in Topeka, Kansas and a 1997

16  graduate of Washburn University School of Law.  In 1995 I passed the Uniform Certified Public

17  Accountant's examination and was granted a Certified Public Accountant certificate from the

18  Kansas Board of Accountancy.  I am a member of the State Bar of California, Bar Association of

19  San Francisco, National Association of Consumer Advocates, Consumer Attorneys of California,

20  National Association of Consumer Bankruptcy Attorneys, California Bankruptcy Forum, and

21  Topeka Area Bankruptcy Council of which I am a past Treasurer.

22          4.      From September 26, 1997, until December 21, 2003, I maintained a private

23  law practice with an office located in Topeka, Kansas.  In December of 2003 I relocated my law

24  practice to California.  My practice is limited exclusively to the representation of consumers, with

25  particular emphasis on representing consumer debtors under the United States Bankruptcy Code.

26  In addition to Bankruptcy cases, I handle matters under the Fair Debt Collection Practices Act, Truth

27  in Lending Act, Fair Credit Reporting Act, Telephone Consumers Protection Act, FTC Credit

28  Practices Rule, Uniform Commercial Code, common law fraud, misrepresentation and deceit, usury,

DECLARATION OF FRED W. SCHWINN                                    Case No. C07-04400-JF-PVT

1   and other laws enacted to protect consumers.  I undertake representation in many consumer cases

2   with the expectation of being paid a contingency amount from the proceeds of recovery, or being

3   paid based on an award of fees pursuant to a fee shifting statute such as the federal Fair Debt

4   Collection Practices Act and California Rosenthal Fair Debt Collection Practices Act.

5          5.       I have given a number of lectures to consumers and professional groups on

6   consumer law issues, including the Topeka Area Bankruptcy Council and the Pro Bono Project in

7   San Jose, California.

8          6.       I have been a member of the National Association of Consumer Advocates

9   since 1999 and have attended at least twelve (12) national conferences exclusively on consumer law

10  issues.

11         7.       I have been involved in many consumer cases involving a range of consumer

12  protection laws.  I have handled several cases that have resulted in reported decisions favorable to

13  consumers including:  *In re Crosby*, 261 B.R. 470 (D. Kan. 2001) (holding that the issuance of a

14  Form 1099-C by a creditor forgives the debt);  *In re Green*, 287 B.R. 827 (D. Kan. 2002) (holding

15  that the inclusion of language in a Chapter 13 Plan which attempts to discharge student loans should

16  be reviewed on a case-by-case basis);  *Bilal v. Household Finance Corporation III (In re Bilal)*, 296

17  B.R. 828 (D. Kan. 2003) (holding that the inclusion of language in a Chapter 13 Plan which rescinds

18  a home mortgage loan under the Truth in Lending Act is binding on a mortgage creditor who fails

19  to object before confirmation);  and, *Ramirez v. Household Finance Corporation III (In re Ramirez)*,

20  2003 Bankr. LEXIS 1364 (D. Kan. 2003) (finding violations of the Truth in Lending Act).  I am also

21  plaintiff's counsel in the *Quenzer v. Advanta Mortgage Corp. (In re Quenzer)*, 266 B.R. 760 (D.

22  Kan. 2001) and *Quenzer v. Advanta Mortgage Corp. (In re Quenzer)*, 274 B.R. 899 (D. Kan. 2002)

23  cases which were reversed and remanded in *Quenzer v. Advanta Mortgage Corp. (In re Quenzer)*,

24  288 B.R. 884 (D. Kan. 2003).  Despite the reversal, this case remains one of the leading cases in the

25  country regarding rescission under the Truth in Lending Act in the bankruptcy context and it is still

26  cited for the detail and clarity of the Bankruptcy Court's decision.  *See* National Consumer Law

27  Center, Truth in Lending (6th ed. 2007) at 453.

28         8.       My firm's work in connection with this case is shown on the schedule

-3-

1 | attached hereto, marked Exhibit "A." My staff and I prepared our time records contemporaneously
2 | with our performance of the work, using the Amicus Attorney and Timeslips software packages for
3 | law offices. The time records do not duplicate work performed in any other file.

4 |         9.     For my services as an attorney in this case, the Consumer Law Center, Inc.,
5 | seeks an hourly rate of $325.00. I believe that this hourly rate is reasonable, and that it is
6 | comparable to the rates being charged by attorneys of similar experience and expertise in the San
7 | Francisco Bay Area's federal and state courts. I have been previously awarded an hourly rate of
8 | $300 in a number of cases in Northern California, including: *Citibank South Dakota, N.A., v.*
9 | *O'Connor*, Santa Clara Case No. 1-05-CV-038648 (February 7, 2006) (J. Huber); *Maundu v. The*
10 | *Barnes Law Firm*, Northern District Case No. C05-01939-JF-PVT (May 23, 2006) (J. Fogel);
11 | *Wallat v. Roush*, Northern District Case No. C05-03518-JF-HRL (September 21, 2006) (J. Fogel);
12 | *Chan v. North American Collectors, Inc.*, Northern District Case No. C06-00016-JL (January 26,
13 | 2007) (J. Larson); *Chan v. Rosen & Loeb*, Northern District Case No. C06-04267-SBA-EDL
14 | (September 25, 2007) (J. Armstrong); *Napier v. Collection Bureau of America, LTD.*, Northern
15 | District Case No. C07-02429-MMC (October 29, 2007) (J. Chesney); *Asset Acceptance, LLC v.*
16 | *Mekonnen*, Santa Clara Case No. 1-06-CV-073155 (December 21, 2007) (J. Murphy); *Tong v.*
17 | *Capital Management Services Group, Inc.*, Northern District Case No. C07-01026-RMW-HRL
18 | (January 18, 2008) (J. Whyte); *Calfin Holdings, LLC v. Bohannon*, Santa Clara Case No. 1-07-CV-
19 | 079509 (July 24, 2008) (J. Manoukian); *Napier v. Titan Management Services, LLC*, Northern
20 | District Case No. C08-00910-RMW-RS (July 25, 2008) (J. Whyte); *Meyer v. ARS National*
21 | *Services, Inc*, Northern District Case No. C07-06422-JF-PVT (August 26, 2008) (J. Fogel). On July
22 | 1, 2008, I raised my hourly rate from $300.00 per hour to $325.00 per hour. This represents the first
23 | increase in my hourly rate since July 1, 2004.

24 |         10.    The Consumer Law Center, Inc., seeks compensation for 19.1 hours that I
25 | spent performing legal services for Plaintiff in this case, as well as 6.8 hours of law clerk time.

26 |         a.    **Jovanna R. Longo.** Jovanna Longo is employed by the Consumer
27 |                         Law Center, Inc., as an associate attorney. She has held this position
28 |                         since November 2007. Jovanna was previously a law clerk at the

-4-

DECLARATION OF FRED W. SCHWINN                                 Case No. C07-04400-JF-PVT

1   Consumer Law Center, Inc., while she attended law school.  In 2003

2   Jovanna graduated with honors from Rutgers University in New

3   Brunswick, New Jersey with a Bachelor of Science degree in

4   Anthropology.  Jovanna received a Juris Doctor from  Santa Clara

5   University School of Law in May of 2007.  She passed the July 2007

6   California bar examination and is currently a member of the State Bar

7   of California.   During her employment with the Consumer Law

8   Center, Inc., Jovanna has performed legal research and writing

9   services for the Plaintiff in this case.  The Consumer Law Center,

10  Inc., seeks compensation for 6.8 hours expended by Jovanna Longo

11  preforming legal research and writing services for the Plaintiff in this

12  case.  The Consumer Law Center, Inc., seeks an hourly rate of

13  $125.00.  A $125.00 hourly rate was approved for law clerks in

14  *Fleming v. Kempter Nat'l Servs*, 373 F. Supp. 2d 1000, 1012 (N.D.

15  Cal. 2005).

16          11.     In the San Francisco Bay Area it is customary for lawyers to itemize and bill

17  their clients separately, in addition to their regular hourly rate, for expert witness fees, court reporter

18  fees, long distance telephone calls, on-line research charges, copying and facsimile costs, postage

19  and delivery charges, and travel costs, including mileage, tolls and parking.  The Consumer Law

20  Center, Inc., advanced the following fees and costs, and incurred the following expenses in this

21  matter:

22          Filing fees to Clerk of Court                          $ 350.00

23          Service of Process                                     $ 108.00

24          Photocopying - 131 @ $ .20                             $   26.20

25          Postage                                                $    5.08

26          State of California - Document Copies                  $   10.00

27          TOTAL                                                  $ 499.28

28          12.     The requested attorney's fees and costs were reasonable and necessary to the

-5-

1  litigation in this matter.

2

3         Executed at San Jose, California on August 29, 2008.

4

5                                                      /s/ Fred W. Schwinn
                                                       Fred W. Schwinn (SBN 225575)
6                                                      CONSUMER LAW CENTER, INC.
                                                       12 South First Street, Suite 1014
7                                                      San Jose, California  95113-2418
                                                       Telephone Number: (408) 294-6100
8                                                      Facsimile Number: (408) 294-6190
                                                       Email Address:
9                                                      fred.schwinn@sjconsumerlaw.com
                                                       Attorney for Plaintiff
10                                                     SUSAN RAE OWENS

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-6-
DECLARATION OF FRED W. SCHWINN                                        Case No. C07-04400-JF-PVT