# Exhibit "A"

**Consumer Law Center, Inc.**
12 South First Street, Suite 1014
San Jose, CA 95113-2418

---

*Invoice submitted to:*
Susan Owens
2771 Plumas Drive
San Jose CA 95121


August 29, 2008


Invoice #10005


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 8/8/2007 | FWS | Meeting with<br>Client - Re: Explaining claims and engagement letter | 0.50<br>325.00/hr | 162.50 |
| 8/25/2007 | FWS | Drafting Documents<br>Civil Cover Sheet and Summons for 2 Defendants | 0.20<br>325.00/hr | 65.00 |
|  | FWS | Drafting Documents<br>Complaint | 2.10<br>325.00/hr | 682.50 |
|  | FWS | Research<br>Other cases filed against Defendants on PACER | 0.50<br>325.00/hr | 162.50 |
|  | FWS | Research<br>Defendant Identification | 0.50<br>325.00/hr | 162.50 |
| 8/29/2007 | FWS | Draft Letter to<br>Client - Re: Case Filed | 0.10<br>325.00/hr | 32.50 |
|  | FWS | Drafting Documents<br>Service Packets for 2 Defendants | 0.20<br>325.00/hr | 65.00 |
|  | FWS | Receive & Review<br>Order Setting Initial Case Management Conference and ADR<br>Deadlines | 0.10<br>325.00/hr | 32.50 |
| 9/4/2007 | JRL | Draft Email to<br>Judge Trumbull - Re: Copy of Complaint | 0.10<br>125.00/hr | 12.50 |
| 9/13/2007 | FWS | Telephone call<br>from Ryan Lozan @ Brachfeld & Associates - Re: He will send us<br>information regarding the true corporate name. | 0.10<br>325.00/hr | 32.50 |

---

(408) 294-6100

Susan Owens                                                                                                                   Page    2

|            |     |                                                                                                                                                                           | Hrs/Rate           | Amount |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------------|--------|
| 9/21/2007  | FWS | Receive & Review<br>Answer to Complaint                                                                                                                                    | 0.30<br>325.00/hr  | 97.50  |
| 9/22/2007  | FWS | Draft Email to<br>Erica Brachfeld - Re: Settlement offer                                                                                                                   | 0.10<br>325.00/hr  | 32.50  |
|            | FWS | Draft Letter to<br>Erica Brachfeld - Re: Deficient Answer - No General Denials in Federal Court                                                                             | 0.20<br>325.00/hr  | 65.00  |
| 9/24/2007  | JRL | Drafting Documents<br>California Secretary of State Business Identity Records Form Re: Certification of Non-Filing for LAW OFFICES OF BRACHFELD & ASSOCIATES, P.C. | 0.10<br>125.00/hr  | 12.50  |
|            | JRL | Drafting Documents<br>California Secretary of State Business Identity Records Form Re: Certification of Non-Filing for BRACHFELD & ASSOCIATES, P.C.                | 0.10<br>125.00/hr  | 12.50  |
| 10/2/2007  | FWS | Drafting Documents<br>Notice of Unavailability of Counsel                                                                                                                  | 0.10<br>325.00/hr  | 32.50  |
| 10/4/2007  | FWS | Meeting with<br>Client - Re: Explaining ADR options and ADR handbook.  Sign ADR Certification.                                                                              | 0.50<br>325.00/hr  | 162.50 |
|            | FWS | Drafting Documents<br>Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment to a United States District Judge                        | 0.10<br>325.00/hr  | 32.50  |
| 10/5/2007  | FWS | Receive & Review<br>Clerk's Notice of Impending Reassignment to a United States District Judge                                                                             | 0.10<br>325.00/hr  | 32.50  |
|            | FWS | Receive & Review<br>Order Reassigning Case to Judge Fogel                                                                                                                  | 0.10<br>325.00/hr  | 32.50  |
| 11/14/2007 | FWS | Draft Letter to<br>Erica Brachfeld - Re: Stipulation and Proposed Order Selecting ADR Process (faxed to 310-273-9867)                                                     | 0.10<br>325.00/hr  | 32.50  |
|            | FWS | Drafting Documents<br>Stipulation and Proposed Order Selecting ADR Process                                                                                                 | 0.10<br>325.00/hr  | 32.50  |
| 11/16/2007 | FWS | Receive & Review<br>Faxed letter from Erica Brachfeld - Re: Signed Stipulation and Proposed Order Selecting ADR Process                                                   | 0.10<br>325.00/hr  | 32.50  |
| 11/27/2007 | JRL | Drafting Documents<br>Memorandum in Support of Motion for Summary Judgment                                                                                                 | 2.00<br>125.00/hr  | 250.00 |

Susan Owens                                                                                                          Page     3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/27/2007 | JRL | Research<br>Re: Envelope window violations for MFSJ | 0.50<br>125.00/hr | 62.50 |
|  | FWS | Drafting Documents<br>Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) | 0.50<br>325.00/hr | 162.50 |
| 11/29/2007 | JRL | Drafting Documents<br>Memorandum in Support of Motion for Summary Judgment | 2.50<br>125.00/hr | 312.50 |
| 11/30/2007 | FWS | Receive & Review<br>Order Referring Case to Mediation | 0.10<br>325.00/hr | 32.50 |
|  | FWS | Draft Letter to<br>Erica Brachfeld - Re: Joint Case Management Statement and Federal Rule of Civil Procedure 26(f) Discovery Plan (faxed to 310-273-9867) | 0.10<br>325.00/hr | 32.50 |
|  | FWS | Drafting Documents<br>Joint Case Management Statement and Federal Rule of Civil Procedure 26(f) Discovery Plan | 0.80<br>325.00/hr | 260.00 |
| 12/3/2007 | JRL | Drafting Documents<br>Declaration of Fred Schwinn in Support of Motion for Summary Judgment and Declaration of Susan Rae Owens in Support of Motion for Summary Judgment | 1.50<br>125.00/hr | 187.50 |
| 12/4/2007 | FWS | Telephone call<br>Judge Fogel's chambers - Re: Case Management Statement | 0.10<br>325.00/hr | 32.50 |
|  | FWS | Drafting Documents<br>Plaintiff's Case Management Statement and Discovery Plan | 0.10<br>325.00/hr | 32.50 |
| 12/7/2007 | FWS | Draft Letter to<br>Erica L. Brachfeld - Re: Please call me to meet and confer pursuant to Judge Fogel's order from the bench this morning. (faxed to 310-273-9867) | 0.10<br>325.00/hr | 32.50 |
|  | FWS | Attend<br>Case Management Conference - Re: Continued to 01-18-2007 @ 10:30 a.m. | 0.50<br>325.00/hr | 162.50 |
| 12/10/2007 | FWS | Receive & Review<br>Minute Order re Case Management Conference | 0.10<br>325.00/hr | 32.50 |
| 12/26/2007 | FWS | Receive & Review<br>ADR Clerk's Notice Appointing Teresa Carey as Mediator | 0.10<br>325.00/hr | 32.50 |
| 12/27/2007 | FWS | Drafting Documents<br>Memorandum of Points and Authorities in Support of Motion for Summary Judgment | 3.90<br>325.00/hr | 1,267.50 |

Susan Owens                                                                                                    Page     4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/27/2007 | FWS | Drafting Documents<br>Declaration of Fred W. Schwinn in Support of Motion for Summary Judgment | 1.80<br>325.00/hr | 585.00 |
| 12/28/2007 | FWS | Drafting Documents<br>Memorandum of Points and Authorities in Support of Motion for Summary Judgment | 0.50<br>325.00/hr | 162.50 |
|  | FWS | Drafting Documents<br>31 Copies @$.20/copy - Re: Chambers' copy - Motion for Summary Judgment | 150.00/hr | NO CHARGE |
| 1/8/2008 | FWS | Receive & Review<br>Clerk's Notice Rescheduling Case Management Conference for February 1, 2008 @ 10:30 a.m. | 0.10<br>325.00/hr | 32.50 |
| 2/1/2008 | FWS | Attend<br>Hearing on Motion for Summary Judgment - Re: Motion to be granted.  Court will issue an order. | 0.50<br>325.00/hr | 162.50 |
| 2/25/2008 | FWS | Telephone call<br>From Ryan Lozan @ Brachfeld & Associates - Re: He will check with Ms. Brachfeld for further instruction. | 0.10<br>325.00/hr | 32.50 |
| 3/4/2008 | FWS | Drafting Documents<br>Notice of Unavailability of Counsel | 0.10<br>325.00/hr | 32.50 |
| 8/20/2008 | FWS | Receive & Review<br>Order Granting Summary Judgment | 0.30<br>325.00/hr | 97.50 |
|  | FWS | Telephone call<br>to Chambers of Judge Fogel - Re: Left message on voice mail regarding typographical error in filed Judgment | 0.10<br>325.00/hr | 32.50 |
| 8/29/2008 | FWS | Drafting Documents<br>Notice of Motion and Motion for Attorney Fees and Costs + Memorandum of Points and Authorities in Support of Motion for Attorney Fees and Costs | 2.00<br>325.00/hr | 650.00 |
|  | FWS | Drafting Documents<br>Declaration in Support of Award of Attorney Fees and Costs | 1.00<br>325.00/hr | 325.00 |
|  | FWS | Drafting Documents<br>Re: Bill of Costs | 0.10<br>325.00/hr | 32.50 |
|  |  | **For professional services rendered** | **25.90** | **$7,057.50** |

Susan Owens                                                                                                       Page     5

    Additional Charges :

|  |  |  | Qty/Price | Amount |
|---|---|---|---:|---:|
| 8/25/2007 | FWS | Photocopying Expense<br>48 Copies @ $.20/copy - Re: Copies of Summons, Complaint and related documents for filing with the Clerk of the District Court | 48<br>0.20 | 9.60 |
| 8/27/2007 | FWS | Filing Fee Expense<br>Case Filing Fee - $350.00 | 1<br>350.00 | 350.00 |
| 8/29/2007 | FWS | Photocopying Expense<br>12 Copies @ $.20/copy - Re: Letter to client + copy of filed complaint | 12<br>0.20 | 2.40 |
|  | FWS | Postage Expense<br>Postage Expense - $.75 - Re: Letter to client + copy of filed complaint | 1<br>0.75 | 0.75 |
| 9/10/2007 | FWS | Process Server Fees<br>One Legal, Inc. - $68.50 - Re: Erica L. Brachfeld, A Professional Corporation | 1<br>68.50 | 68.50 |
|  | FWS | Process Server Fees<br>One Legal, Inc. - $39.50 - Re: Erica L. Brachfeld | 1<br>39.50 | 39.50 |
| 9/24/2007 | JRL | Miscellaneous Case Expenses<br>California Secretary of State Business Identity Records Form Re: Certification of Non-Filing for BRACHFELD & ASSOCIATES, P.C. | 1<br>5.00 | 5.00 |
|  | JRL | Miscellaneous Case Expenses<br>California Secretary of State Business Identity Records Form Re: Certification of Non-Filing for LAW OFFICES OF BRACHFELD & ASSOCIATES, P.C. | 1<br>5.00 | 5.00 |
| 11/27/2007 | FWS | Photocopying Expense<br>18 Copies @ $.20/copy - Re: Copy of Plaintiff's Initial Disclosures sent to Defendant | 18<br>0.20 | 3.60 |
|  | FWS | Postage Expense<br>Postage Expense - $1.31 - Re: Copy of Plaintiff's Initial Disclosures sent to Defendant | 1<br>1.31 | 1.31 |
| 12/27/2007 | FWS | Postage Expense<br>Postage Expense - $1.68 - Re: Chambers' copy of Motion for Summary Judgment | 1<br>1.68 | 1.68 |
|  | FWS | Photocopying Expense<br>31 Copies @$.20/copy - Re: Chambers' copy of Motion for Summary Judgment | 31<br>0.20 | 6.20 |

Susan Owens                                                                                          Page      6

|            |     |                                                                                                    | Qty/Price | Amount   |
|------------|-----|----------------------------------------------------------------------------------------------------|-----------|----------|
| 8/29/2008  | FWS | Photocopying Expense<br>22 Copies @$.20/copy - Re: Chambers' copy of Motion for Attorney Fees and Costs | 22<br>0.20 | 4.40     |
|            | FWS | Postage Expense<br>Postage Expense - $1.34 - Re: Chambers' copy of Motion for Attorney Fees and Costs | 1<br>1.34 | 1.34     |

**Total costs**                                                                                                    $499.28

**Total amount of this bill**                                                                                      $7,556.78

Balance due                                                                                                        $7,556.78