**E-Filed 9/10/08**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SUSAN RAE OWENS,<br><br>  Plaintiff,<br><br>  v.<br><br>ERICA L. BRACHFELD, et al.,<br><br>  Defendants. | Case Number C 07-4400 JF (PVT)<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

Plaintiff's Motion For Attorney Fees And Costs filed on August 29, 2008 and noticed for hearing on October 3, 2008 is RESET FOR HEARING on November 14, 2008 at 9:00 a.m. before Judge Jeremy Fogel. Please report at that time to Courtroom 3 on the 5th Floor of the U.S. District Court, 280 South First Street, San Jose, California.

DATED: 9/10/08

For the Court
Richard W. Weiking, Clerk

By:      /s/
Diana Munz
Courtroom Deputy Clerk